No. 73–677. BRIGADOON SCOTCH DISTRIBUTORS, LTD., ET AL. v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 73–703. CONNECTICUT COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES v. VEEDER-ROOT CO., A DIVISION OF VEEDER INDUSTRIES, INC. Sup. Ct. Conn. Certiorari denied.

No. 73–705. BARON v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (BARON, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–710. SMALDONE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–714. IMEL ET AL. v. ZOHN MANUFACTURING CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 73–720. WARNER ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 73–724. INTERAMERICAN AIR FREIGHT CORP. v. CIVIL AERONAUTICS BOARD. C. A. 9th Cir. Certiorari denied.

No. 73–733. WILSON ET AL. v. UNITED BENEFIT LIFE INSURANCE CO. C. A. 9th Cir. Certiorari denied.

No. 73–743. MARTIN LINEN SUPPLY CO. ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.